UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TEKDOC SERVICES, LLC, et al., | CIVIL ACTION NO. 09-6573 (MLC)

    Plaintiffs,

    v.

3-i INFOTECH INC., et al.,

    Defendants.

**ORDER & JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion, dated August 16, 2012, **IT IS** on this 16th day of August, 2012, **DECLARED** that the motion for summary judgment by defendant 3i-Infotech Inc. ("Infotech") (dkt. entry no. 137) is **DEEMED MOOT** insofar as it concerns claims relating to Invoice IBSI 1015 and Invoice IBSI 1017 ("The Invoices"); and

**IT IS FURTHER ORDERED** that the same motion for summary judgment (dkt. entry no. 137) is **GRANTED** to the extent that it does not concern claims relating to The Invoices; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED** in favor of Infotech and against the Plaintiffs on all claims asserted against Infotech in the Second Amended Complaint that do not concern Invoice IBSI 1015 and Invoice IBSI 1017;[1] and

---

[1] The Plaintiffs earlier withdrew all claims asserted against Infotech that concerned Invoice IBSI 1015 and Invoice IBSI 1017. (See dkt. entry no. 157, 8-15-12 Stipulation & Order at ¶¶ 1-2, 4.) Thus, the Court now adjudges that judgment is entered in favor of Infotech on all claims asserted against it that Plaintiffs have not earlier withdrawn.

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **TERMINATED** insofar as it concerns Infotech.

                    s/ Mary L. Cooper
                    **MARY L. COOPER**
                    United States District Judge